IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:13-cv-01564-rAP

Sara Creed,

    Plaintiff,

v.

Carolyn W. Colvin,
Acting Commissioner of Social Security,
    Defendant.

## JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

For Plaintiff:

K. Machelle Gielarowski
Attorney at Law
712 N. Tejon St., Suite 1
Colorado Springs, CO 80903
(719) 264-0729
(719) 328-1382 (facsimile)
**giellaw@comcast.net**

For Defendant:

John F. Walsh
United States Attorney

J. Benedict García
  Assistant United States Attorney
  United States Attorney's Office
  District of Colorado
  **J.B.Garcia@usdoj.gov**

Alexess D. Rea
Special Assistant United States Attorney
1961 Stout, Suite 4169
Denver, Colorado 80294-4003
303-844-7101
303-844-0770 (facsimile)
**Alexess.rea@ssa.gov**

## 2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

## 3. DATES OF FILING OF RELEVANT PLEADINGS

- A. **Date Complaint Was Filed:** June 14, 2013
- B. **Date Complaint Was Served on U.S. Attorney's Office:** June 19, 2013
- C. **Date Answer and Administrative Record Were Filed:** August 19, 2013

## 4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD

The parties state that, to the best of their knowledge, the record is complete and accurate.

## 5. STATEMENT REGARDING ADDITIONAL EVIDENCE

The parties do not anticipate any additional evidence.

## 6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES

The parties state that this case does not appear to raise unusual claims or defenses.

## 7. OTHER MATTERS

The parties are not aware of any other matters.

## 8. BRIEFING SCHEDULE

- A. **Plaintiff's Opening Brief Due:** October 28, 2013
- B. **Defendant's Response Brief Due:** November 27, 2013
- C. **Plaintiff's Reply Brief (If Any) Due:** December 13, 2013

## 9. STATEMENTS REGARDING ORAL ARGUMENT

- A. **Plaintiff's Statement:** Plaintiff does/does not request oral argument.
- B. **Defendant's Statement:** Defendant does not request oral argument.

## 10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE

*Indicate below the parties' consent choice.*

- A. ( x ) **All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

B. ( ) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

## 11. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S</u> <u>CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

DATED this 30th day of September, 2013

BY THE COURT:

s/ John L. Kane
U.S. DISTRICT COURT JUDGE

APPROVED:

|  |  |
|---|---|
|  | John F. Walsh |
|  | United States Attorney |
| s/ K. Machelle Gielarowski | By: s/ Alexess D. Rea |
| K. Machelle Gielarowski | Alexess D. Rea |
| Attorney at Law | Special Assistant U.S. Attorney |
| 712 N. Tejon St., Suite 1 | 1961 Stout St., Suite 4169 |
| Colorado Springs, CO 80903 | Denver, CO 80294-4003 |
| (719) 264-0729 | (303) 844-7101 |
| (719) 328-1382 (facsimile) | (303) 844-0770 (facsimile) |
| giellaw@comcast.net | alexess.rea@ssa.gov |
| Attorney for Plaintiff | Attorneys for Defendant |